BUCHALTER NEMER
A Professional Corporation
ROBERT M. DATO (SBN: 110408)
Email: rdato@buchalter.com
PETER G. BERTRAND (SBN: 87883)
Email: pbertrand@buchalter.com
JULIAN W. MACK (SBN: 104662)
Email: jmack@buchalter.com
ROBERT S. ADDISON, JR. (SBN: 188565)
Email: raddison@buchalter.com
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Plaintiff
BUCHALTER NEMER, A Professional Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCHALTER NEMER, A Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for San Joaquin Bank; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. CV10-03233 RGK PJWx<br><br>[~~PROPOSED~~] JUDGMENT<br><br>(JS-6) |

This action came on for hearing before the Court, on March 14, 2011, the Hon. R. Gary Klausner, District Judge Presiding, on a Motion for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered:

IT IS ORDERED AND ADJUDGED that plaintiff Buchalter Nemer, a Professional Corporation recover from defendant Federal Deposit Insurance

1 Corporation, as Receiver for San Joaquin Bank the amount of $350,661.13, with prejudgment interest at the lesser of 10% per annum, compounded monthly, or the maximum amount allowed by law, post-judgment interest at the lesser of 10% per annum, compounded monthly, or the maximum amount allowed by law, along with costs.

DATED: April 12, 2011

_____
The Honorable R. Gary Klausner
Judge of the United States District Court
Central District of California