BUCHALTER NEMER
A Professional Corporation
ROBERT M. DATO (SBN: 110408)
Email: rdato@buchalter.com
PETER G. BERTRAND (SBN: 87883)
Email: pbertrand@buchalter.com
JULIAN W. MACK (SBN: 104662)
Email: pmack@buchalter.com
ROBERT S. ADDISON, JR. (SBN: 188565)
Email: raddison@buchalter.com
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Plaintiff
BUCHALTER NEMER, A Professional Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCHALTER NEMER, A Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for San Joaquin Bank; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. CV10-03233 RGK (PJWx)<br><br>**JUDGMENT** |

The motion of Plaintiff Buchalter Nemer, A Professional Corporation ("Plaintiff") for Summary Judgment or, In The Alternative, For Partial Summary Judgment under Rule 56 Fed.R.Civ.P. and the motion of Defendant Federal Deposit Insurance Corporation as Receiver for San Joaquin Bank ("Defendant") for Summary Judgment or Partial Summary Judgment under Rule 56 Fed.R.Civ.P. having been filed and taken under submission by the Court, the Honorable R. Gary

Klausner, Presiding, the evidence presented having been fully considered, a decision having been duly rendered, and an order granting Plaintiff's Motion for Summary Judgment as to all of its claims and denying Defendant's Motion for Summary Judgment on all claims having been duly entered on April 12, 2011,

IT IS ORDERED AND ADJUDGED:

1. That Judgment is entered in favor of Plaintiff and against Defendant on the merits on all causes of action in the Complaint filed by Plaintiff;

2. That Plaintiff recover from Defendant the principal amount of $350,661.13 in damages as a secured creditor of Defendant;

3. That Plaintiff is awarded its costs in the amount determined by application to the Clerk of Court;

4. That Plaintiff shall recover from Defendant prejudgment interest at the legal rate provided by the law from October 16, 2009 to the date of entry of judgment;

5. That Defendant will pay interest on this Judgment computed from the date of entry of this Judgment until the date this Judgment is paid at the legal rate provided by the law; and

6. That Plaintiff is a duly perfected secured creditor of Defendant as to the entire amount of this Judgment.

DATED: May 5, 2011

The Honorable R. Gary Klausner
Judge of the United States District Court
Central District of California